11-MC-05026-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD H. S. KIM,<br><br>Debtor/Defendant,<br><br>and<br><br>HAWAII UNCLAIMED PROPERTY,<br>DEPT. OF BUDGET & FINANCE,<br><br>Garnishee/Defendant | No. 11-MC-5026 BHS<br><br>(CR94-5246FDB)<br><br>[PROPOSED]<br>ORDER TO ISSUE A WRIT OF<br>CONTINUING GARNISHMENT<br>FOR NONWAGES |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Nonwages against the Department of Budget & Finance, Unclaimed Property Program, State of Hawaii, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against the Department of Budget & Finance, Unclaimed Property Program, State of Hawaii, whose address is Attn: Kalbert K. Young, Director of Finance, 250 South Hotel Street, Room 304, Honolulu, HI 96813.

DATED this _____1_____ day of _____, 2011

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
ANASTASIA B. BARTLETT
Assistant United States Attorney