**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>RODNEY H. S. KIM )<br>)<br>    Defendant/Judgment Debtor, )<br>)<br>    and )<br>)<br>HAWAII UNCLAIMED PROPERTY )<br>DEPARTMENT OF BUDGET & FINANCE, )<br>)<br>    Garnishee. )<br>_____ ) | No. MC11-5026 BHS<br><br>(CR94-5246-FDB)<br><br><br>**CONTINUING GARNISHEE ORDER** |

   A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on or about January 17, 2012, stating that at the time of the service of the Writ it had in its custody, control or possession personal property belonging to and due the Defendant/Judgment Debtor, and that Garnishee was indebted to the Defendant/Judgment Debtor.

   On or about December 15, 2011, the Defendant/Judgment Debtor was notified of the right to a hearing and has not requested a hearing to determine exempt property.

///

[*PROPOSED*] **CONTINUING GARNISHEE ORDER  - 1**
U.S. v Rodney H. S. Kim and Hawaii Unclaimed Property Dept. of Budget & Finance
MC11-5026BHS, (USDC# CR94-5246FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

IT IS THEREFORE ORDERED that Garnishee deposit with the United States District Court, Western District of Washington, all amounts presently in its possession, up to the balance owing by the Defendant/Judgment Debtor to the United States of $5,050,797.37, including all monies previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment. This includes the entirety of the account of the Defendant/Judgment Debtor from the American Savings Bank, identified by the Garnishee in its Answer. Such payments must continue until the debt to the United States is paid in full or until the Garnishee no longer has custody, control, or possession of any property belonging to the Defendant/Judgment Debtor or until further Order of this Court. These funds shall be delivered by first class mail or personal service to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk
> 700 Stewart Street
> Seattle, WA 98101

IT IS FURTHER ORDERED that Garnishee relinquish to the United States at the United States Attorney's Office for the Western District of Washington, the totality of certificates or other form of ownership, of any and all shares of stock described in the Garnishee's Answer, as 155,000,0000 Shares of Common Stock, Prudential Securities, Inc., in the Garnishee's custody, control or possession. These shall be delivered by first class mail or personal service to:

> United States Attorney's Office, Western District of Washington
> Attn: Dawn Fernandez
> 700 Stewart Street, Suite 5220
> Seattle, WA 98101

DATED this 14th day of June, 2012

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/Anastasia D. Bartlett
ANASTASIA D. BARTLETT
Assistant United States Attorney

[*PROPOSED*] CONTINUING GARNISHEE ORDER - 2
U.S. v Rodney H. S. Kim and Hawaii Unclaimed Property Dept. of Budget & Finance
MC11-5026BHS, (USDC# CR94-5246FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271