**The Honorable Benjamin H Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. MC11-5026-BHS |
| v. | |
| RODNEY H. S. KIM, | |
| Defendant/Judgment Debtor, | **ORDER TERMINATING GARNISHMENT PROCEEDING** |
| and | |
| HAWAII UNCLAIMED PROPERTY DEPT. OF BUDGET AND FINANCE, | |
| Garnishee. | |

This matter having come on duly and regularly to be heard pursuant to the United States' Application to Terminate Garnishment Proceeding, and the Court being fully advised that the United States requests that this Garnishment be terminated, pursuant to 28 U.S.C. Section 3205 (10)(B), because the property that had been in the possession of the garnishee, in which the debtor has a substantial nonexempt interest, has been exhausted.

IT IS ORDERED that the Garnishment is terminated and that the Garnishee, Hawaii Unclaimed Property Dept. of Budget and Finance, is relieved of further responsibility pursuant to this garnishment.

DATED this 3rd day of October, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER TERMINATING GARNISHMENT PROCEEDING
(U.S. v. Rodney H. S. Kim and Hawaii Unclaimed Property Dept. of Budget and Finance, USDC#: MC11-5026-BHS) -1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1  Presented by:

2  /s/ Anastasia D. Bartlett
3  ANASTASIA D. BARTLETT
   Assistant United States Attorney

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER TERMINATING GARNISHMENT PROCEEDING**
**(U.S. v. Rodney H. S. Kim and Hawaii Unclaimed Property Dept. of Budget and**
**Finance, USDC#: MC11-5026-BHS) -2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970